ERNESTO HEREDIA
408-647-5848

E-filing

FILED
ADR
NOV 12 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNESTO MIGUEL HEREDIA )
             Plaintiff,     )
                            )   PSG
   vs.                      )   CASE NO. CV 15 5187
                            )
   Randstad Staffing        )   EMPLOYMENT DISCRIMINATION
                            )   COMPLAINT
             Defendant(s).  )
                            )
_____)

1.  Plaintiff resides at:

    Address 1200 FRANKLIN MALL
    City, State & Zip Code SANTA CLARA   CA   95050
    Phone 408-647-5848

2.  Defendant is located at:

    Address 1185 CAMPBELL AVENUE
    City, State & Zip Code SAN JOSE   CA   95126

3.  This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.  The acts complained of in this suit concern:

    a.  ☒ Failure to employ me.

    b.  ☐ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                - 1 -

c. __ Failure to promote me.

d. __ Other acts as specified below.

_____

_____

_____

_____

_____

_____

5. Defendant's conduct is discriminatory with respect to the following:

a. X My race or color.

b. __ My religion.

c. __ My sex.

d. __ My national origin.

e. X Other as specified below.

AGE

6. The basic facts surrounding my claim of discrimination are:

MY RACE AND MY AGE I AM OVER FORTY I GOT A EMAIL FROM JOE PEREZ TO GO TO ORIENTATION AND WHEN I WENT HE CHANGED HIS MIND THAT HE WAS NOT GONNA HIRE ME. I WENT ALL THE WAY TO HIS MEETING THAT HE WAS HAVING HE IS NOT FROM THE SAME RACE AS ME. AND HE IS YOUNGER THEN ME ALSO.

7. The alleged discrimination occurred on or about JULY 2015
                                                              (DATE)

8. I filed charges with the Federal Equal Employment Opportunity Commission (or the California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                - 2 -

1 | discriminatory conduct on or about July 2015.
2 | (DATE)
3 | 9.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4 | (copy attached), which was received by me on or about November 9th 2015
5 | (DATE)
6 | 10.   Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7 | Yes  X     No ____
8 | 11.   WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9 | including injunctive orders, damages, costs, and attorney fees.

DATED: November 10 2015        _____
                                SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION        Ernesto Miguel Heredia
IS **NOT** REQUIRED.)              PLAINTIFF'S NAME
                                   (Printed or Typed)

Form-Intake 2 (Rev. 4/13)          - 3 -